IN THE UNITED STATES COURT OF FEDERAL CLAIMS
BID PROTEST

ELIAS GROUP, LLC,

      Plaintiff,

v.

THE UNITED STATES OF AMERICA,

      Defendant.

FILED

Oct 10 2017

U.S. COURT OF FEDERAL CLAIMS

Case No. 17-1490 C

Judge _____

## PLAINTIFF'S MOTION FOR PROTECTIVE ORDER

Pursuant to Paragraph 16 of Appendix C of the Rules of the Court of Federal Claims, Elias Group, LLC ("Elias"), respectfully requests the Court to enter a protective order in the above-referenced bid protest. Documents filed over the course of this protest, including the Complaint filed herewith, may include commercial and source-selection sensitive information, making the entry of a protective order appropriate. Elias suggests utilization of the Court's model protective order (RCFC Form 8).

Dated:  October 10, 2017                Respectfully submitted,

                                                    /s/ Jessica C. Abrahams
                                                    Jessica C. Abrahams
                                                    DENTONS US LLP
                                                    1900 K Street NW
                                                    Washington, DC 20006
                                                    Tel:  (202) 496-7204
                                                    Fax:  (202) 496-7756
                                                    jessica.abrahams@dentons.com

                                                    *Counsel for Elias Group, LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 10, 2017, I caused a copy of the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system, which will automatically provide email notification of the following to all attorneys of record.

/s/ Jessica C. Abrahams
Jessica C. Abrahams