IN THE UNITED STATES COURT OF FEDERAL CLAIMS
BID PROTEST

FILED
Oct 10 2017
U.S. COURT OF
FEDERAL CLAIMS

ELIAS GROUP, LLC,

    Plaintiff,

v.

THE UNITED STATES OF AMERICA,

    Defendant.

Case No. 17-1490 C

Judge _____

### RCFC 7.1 DISCLOSURE STATEMENT

Pursuant to Rule 7.1(a) of the Rules of the Court of Federal Claims, Elias Group, LLC ("Elias") states that it is a limited liability corporation registered in the state of Maryland, with offices located at 3545 Ellicott Mills Drive, Suite 304, Ellicott City, Maryland, 21043.  No parent company or publicly held corporation owns 10 percent or more of Elias's stock.

Dated:  October 10, 2017

Respectfully submitted,

/s/ Jessica C. Abrahams
Jessica C. Abrahams
D<small>ENTONS</small> US LLP
1900 K Street NW
Washington, D.C. 20006
Tel:  (202) 496-7204
Fax:  (202) 496-7756
jessica.abrahams@dentons.com

*Counsel for Elias Group, LLC*

## **CERTIFICATE OF SERVICE**

  I hereby certify that on October 10, 2017, I caused a copy of the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system, which will automatically provide email notification to all attorneys of record.

                /s/ Jessica C. Abrahams
                Jessica C. Abrahams