IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| ELIAS GROUP, LLC, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )   No. 17-1490 |
| | )   (Senior Judge Robert H. Hodges, Jr.) |
| THE UNITED STATES, | ) |
| | ) |
|     Defendant. | ) |

NOTICE OF APPEARANCE

To the Clerk:

Please enter the appearance of Daniel K. Greene as attorney of record for the United States. Service of all papers by opposing parties should be addressed as follows:

> Daniel K. Greene
> Trial Attorney
> Commercial Litigation Branch
> Civil Division
> United States Department of Justice
> P.O. Box 480
> Ben Franklin Station
> Washington, DC 20044

Attention:    Classification Unit
                  8th Floor

> s/Daniel K. Greene
> DANIEL K. GREENE
> Trial Attorney
> Commercial Litigation Branch
> Civil Division
> United States Department of Justice
> Telephone: 202.616.0342
> Facsimile: 202.514.7965
> Email: Daniel.K.Greene@usdoj.gov

Dated: October 11, 2017