## IN THE UNITED STATES COURT OF FEDERAL CLAIMS
### (BID PROTEST)

(Electronically filed on October 12, 2017)

| | | |
|---|---|---|
| ELIAS GROUP, LLC, | ) | |
| | ) | |
|     Plaintiff, | ) | No. 17-1490 |
| | ) | (Senior Judge Robert H. Hodges, Jr.) |
| v. | ) | |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
|     Defendant. | ) | |
| _____ | ) | |

## <u>VISION PLANNING & CONSULTING, LLC'S RULE 7.1 DISCLOSURE STATEMENT</u>

Pursuant to Rule 7.1 of the Rules of the United States Court of Federal Claims, Movant for Intervention Vision Planning & Consulting, LLC ("VPC"), by its undersigned counsel, respectfully submits this disclosure statement.

1.      VPC is a non-governmental corporate party.

2.      VPC has no parent corporation, and no publicly-held corporation has a 10 percent or more ownership interest in VPC.

Respectfully submitted,

Dated:  October 12, 2017

s/Patrick T. Rothwell _____  _____
Patrick T. Rothwell, Esq.
PilieroMazza PLLC
888 17th Street, NW, 11th Floor
Washington, DC 20006
(202) 857-1000 (phone)
(202) 857-0200 (fax)
prothwell@pilieromazza.com

*Counsel for Movant for Intervention, Vision Planning & Consulting, LLC*

Of Counsel:

Pamela J. Mazza
Julia Di Vito
Timothy F. Valley
PilieroMazza PLLC
888 17th Street, NW, 11th Floor
Washington, DC  20006
(202) 857-1000 (phone)
(202) 857-7836 (fax)
pmazza@pilieromazza.com
jdivito@pilieromazza.com
tvalley@pilieromazza.com

## **CERTIFICATE OF FILING**

Movant for Intervention has filed this document electronically via the ECF electronic filing Website of the United States Court of Federal Claims and in accordance with the Rules of the Court of Federal Claims, Appendix E, Rule 12 has, therefore, served notice on counsel of record.

Dated:  October 12, 2017

s/Patrick T. Rothwell_____
Patrick T. Rothwell, Esq.
PilieroMazza PLLC
888 17th Street, NW, 11th Floor
Washington, DC 20006
(202) 857-1000 (phone)
(202) 857-0200 (fax)
prothwell@pilieromazza.com

*Counsel for Movant for Intervention, Vision Planning & Consulting, LLC*